IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROOSEVELT LAMAR BRADLEY,**  )<br>  )<br>   **Plaintiff,**  )<br>  )<br>**v.**  )<br>  )<br>  )<br>**219 SOUTH MEMORIAL LLC and**  )<br>**KWIK SHOP STORES, INC.,**  )<br>  )<br>   **Defendants.**  ) | **Case No.**<br>**2:20-cv-00191-MHT-SMD** |

**JOINT STIPULATION OF DISMISSAL**

**COMES NOW** Plaintiff, Roosevelt Lamar Bradley ("Plaintiff"), and Defendants, 219 South Memorial LLC and Kwik Shop Stores, Inc. ("Defendants"), by and through his and their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) *Fed. R. Civ. P.*, hereby file this Joint Stipulation of Dismissal of this action with prejudice and states as grounds:

1. Plaintiff and Defendants have resolved this matter;
2. There is no compelling reason for the case to continue in the parties' view.

**WHEREFORE**, premises considered, the parties hereby file this Joint Stipulation of Dismissal of this action with prejudice. Each party shall bear their own costs.

1

Respectfully Submitted, this the 6th day of August 2020.

>*/s/ Cassie E. Taylor*
>**Cassie E. Taylor**
>ASB-8297-N67R
>ADA Group LLC
>4001 Carmichael Road
>Suite 570
>Montgomery, Alabama 36106
>Telephone: 334-819-4030
>Facsimile: 334-819-4032
>Email: CET@ADA-Firm.com
>*Counsel for Plaintiff*
>
>*/s/ Amanda C. Hines (with express permission)*
>**Amanda C. Hines**
>Rushton Stakely Johnston & Garrett PA
>P.O. Box 270
>Montgomery, Alabama 36101
>Telephone: 334-206-3224
>Facsimile: 334-481-0841
>Email: ach@rushtonstakely.com
>*Counsel for Defendants*